1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3901
6  Facsimile:     (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO,
8  KEVIN WORRELL, DAMIEN FAHEY

9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | ADRIENNE MACBETH,                                  | Case No. C07-3304 MEJ
13 |         Plaintiff,                                  | **REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF MOTION TO DISMISS SECOND THROUGH NINTH CAUSES OF ACTION**
14 |     vs.                                             |
15 | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; | Hearing Date:    September 20, 2007
16 | KEVIN WORRELL, individually and in his official capacity as a police officer for | Hearing Judge:   Mag. Maria-Elena James
   |                                                      | Time:            10:00 a.m.
17 | the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY,  | Place:           Courtroom B, 15th Floor
18 | individually and in his official capacity as a police officer for the CITY AND | Date Action Filed:    June 22, 2007
   |                                                      | Trial Date:           None Set
19 | COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their |
20 | official capacities.                                 | (1) Notice of Motion, Motion, and Memorandum of Points and Authorities ISO Motion to Dismiss Second Through Ninth Causes of Action;
21 |         Defendants.                                  | (2) Declaration of Matthew Rothschild ISO Motion To Dismiss Second Through Ninth Causes of Action

Motion to Dismiss / Request for Judicial Notice                    n:\lit\li2007\080052\00431195.doc
MacBeth v. CCSF Case No. C07-3304 MEJ

**REQUEST FOR JUDICIAL NOTICE**

Judicial notice may be taken of the existence and authenticity of the public and quasi public documents, as opposed to the veracity of the contents where those contents are in dispute. *Del Puerto Water Dist. v. U.S. Bureau of Reclamation*, 271 F.Supp.2d 1224, 1234 (E.D.Cal. 2003); *see also, California ex rel. RoNo, LLC v. Altus Finance S.A.*, 344 F.3d 920, 931 (9th Cir. 2003) ("requests for judicial notice are GRANTED to the extent that they are compatible with Fed. Rule Evid. 201 and do not require the acceptance of facts 'subject to reasonable dispute.'"); *Kent v. Daimlerchrysler Corp.*, 200 F.Supp.2d 1208, 1219 (N.D.Cal. 2002).

Here, defendants request that the Court take judicial notice of the absence of a government claim filed my plaintiff. (*See* Declaration of Matthew Rothschild ¶ 2.) Defendants do not ask the Court to take judicial notice of the veracity of any statement made in such a claim (if it existed), but instead merely that the public record does not exist.

Dated: August 13, 2007

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>RONALD P. FLYNN
>Deputy City Attorney
>
>    -/s/-   Ronald P. Flynn
>By:_____
>RONALD P. FLYNN
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO
>KEVIN WORRELL, and DAMIEAN FAHEY