1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3901
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO,
8  KEVIN WORRELL, DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE MACBETH, | Case No. C07-3304 MEJ |
|---|---|
| Plaintiff, | **DECLARATION OF MATTHEW ROTHSCHILD IN SUPPORT OF MOTION TO DISMISS SECOND THROUGH NINTH CAUSES OF ACTION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | Hearing Date:    September 20, 2007<br>Hearing Judge:  Mag. Maria-Elena James<br>Time:            10:00 a.m.<br>Place:           Courtroom B, 15th Floor<br><br>Date Action Filed:    June 22, 2007<br>Trial Date:           None Set |
| Defendants. | |

**DECLARATION OF MATTHEW ROTHSCHILD**

My name is Matthew Rothschild.  The following is true of my own knowledge, unless otherwise stated.  As to those matters stated on information and belief, I believe them to be true.

1. I am a Deputy City Attorney and am the attorney in charge of the City Attorney's Office Claims Division.  When a claim is made against the San Francisco Police Department for activity in the City and County of San Francisco, the record and history of that claim can be located through a record search in my Division.

2. As the attorney in charge of the City Attorney's Office Claims Division, I searched the records of my Division for a claim filed by one Adrienne MacBeth regarding an incident on or around March 31, 2006.  I did not find any claim by filed by Ms. MacBeth in the City Attorney's Claims Division records.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on August 13, 2007 in San Francisco, California.

/s/    Matthew Rothschild

_____

**MATTHEW ROTHSCHILD**

Motion to Dismiss
MacBeth v. CCSF Case No.  C07-3304 MEJ

1

n:\lit\li2007\080052\00431186.doc