# DECLARATION OF MATTHEW ROTHSCHILD

My name is Matthew Rothschild. The following is true of my own knowledge, unless otherwise stated. As to those matters stated on information and belief, I believe them to be true.

1. I am a Deputy City Attorney and am the attorney in charge of the City Attorney's Office Claims Division. When a claim is made against the San Francisco Police Department for activity in the City and County of San Francisco, the record and history of that claim can be located through a record search in my Division.

2. As the attorney in charge of the City Attorney's Office Claims Division, I searched the records of my Division for a claim filed by one Adrienne MacBeth regarding an incident on or around March 31, 2006. I did not find any claim by filed by Ms. MacBeth in the City Attorney's Claims Division records.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on August 13, 2007 in San Francisco, California.

_____
MATTHEW ROTHSCHILD