DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3901
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEAN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>             Defendants. | Case No. C07-3304 MEJ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND THROUGH NINTH CAUSES OF ACTION**<br><br>Hearing Date:    September 20, 2007<br>Hearing Judge:  Mag. Maria-Elena James<br>Time:            10:00 a.m.<br>Place:           Courtroom B, 15th Floor<br><br>Date Action Filed:  June 22, 2007<br>Trial Date:         None Set |

Motion to Dismiss: Proposed Order;
MacBeth v. CCSF Case No. C07-3304 MEJ

n:\lit\li2007\080052\00431257.doc

Defendants' MOTION TO DISMISS THE SECOND THROUGH NINTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) came on for regularly noticed hearing on September 20, 2007. Having considered the parties' submissions, heard argument, and considered the relevant authorities, the Court hereby GRANTS Defendants' MOTION TO DISMISS WITH PREJUDICE SECOND THROUGH NINTH CAUSES OF ACTION for the following reasons.

*First*: Plaintiff's second cause of action for substantive due process is based on alleged activity that is addressed by the Fourth Amendment, so there is not a valid Fourteenth Amendment claim;

*Second*: Plaintiff's third cause of action for substantive due process and equal protection is also based on alleged activity that is addressed by the Fourth Amendment, so there is not a valid Fourteenth Amendment claim, and plaintiff has not stated any facts to support an equal protection claim;

*Third*: Plaintiff's fourth through ninth causes of action, for state law relief, are barred as plaintiff did not plead, and cannot do so based on matters judicially noticed, compliance with the California Government Code requirements to file a government claim. Plaintiff's allegations concern matters that are more than a year old, so her state laws claims are jurisdictionally barred.

Plaintiff's second through ninth causes of action are dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____         _____
                                HONORABLE MARIA-ELENA JAMES
                                UNITED STATES MAGISTRATE JUDGE