1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | RONALD P. FLYNN, State Bar #184186
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3901
6 | Facsimile:     (415) 554-3837

7 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
8 | KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE MACBETH, | Case No. C07-3304 MEJ |
|---|---|
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | Date Action Filed:    June 22, 2007 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | Trial Date:    None Set |
| Defendants. | |

Notice – Notice of Counsel Unavailability;
MacBeth v. CCSF Case No.  C07-3304 MEJ

n:\lit\li2007\080052\00432330.doc

TO:    ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the following dates, RONALD P. FLYNN, attorney for Defendants City and County of San Francisco, et al., will be on vacation and unavailable for any purpose whatsoever including but not limited to receiving notices of any kind, responding to ex-parte applications, appearing in court, or attending depositions:

1)    Commencing August 20, 2007 and continuing through August 27, 2007.

This notice is given pursuant to the case of Tenderloin Housing Clinic v. Sparks (1992) 8 Cal.App.4th 299. Purposeful scheduling of a conflicting proceeding without good cause during the period of notice is sanctionable conduct pursuant to the Tenderloin case.

Dated: August 16, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
RONALD P. FLYNN
Deputy City Attorney

　　　　-/s/-    Ronald P. Flynn
By:_____
RONALD P. FLYNN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY