

SANFORD M. CIPINKO, Esq., SBN 88102
JEREMY CLOYD, Esq., SBN 239991
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
VOICE:      (415) 693-9905
FACSIMILE: (415) 693-9904

Attorneys for Plaintiff
ADRIENNE MACBETH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH, | Case No. C07-03304 MEJ |
| Plaintiff, | |
| vs. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE

///

///

///

///

///

MACBETH v. CITY AND COUNTY OF SAN FRANCISCO, CASE NO. C07-03304 MEJ          1
CONSENT TO MAGISTRATE JUDGE

1        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

2    undersigned party hereby voluntarily consents to have a United States Magistrate

3    Judge conduct any and all further proceedings in this case, including trial, and order the

4    entry of a final judgment.  Appeal from the judgment shall be taken directly to the United

5    States Court of Appeals for the Ninth Circuit.

6

7    Dated: August 27, 2007             LAW OFFICES OF SANFORD M. CIPINKO

8

9                                      By_____/s/_____

10                                       SANFORD M. CIPINKO
                                         Attorney for Plaintiff ADRIENNE MACBETH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28