1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE MACBETH,                                    No. C 07-3304 MEJ

                    Plaintiff(s),          **ORDER CONTINUING HEARING RE:**
                                           **DEFENDANTS' MOTION TO DISMISS**
    vs.
                                           **ORDER VACATING CASE**
CITY AND COUNTY OF SAN FRANCISCO,          **MANAGEMENT CONFERENCE**
et al.,

                    Defendant(s).
_____/

        Pending before the Court is Defendants' Motion to Dismiss Second Through Ninth Causes of

Action, with a noticed hearing date of September 20, 2007.  Due to the undersigned's unavailability

on that day, the Court CONTINUES the hearing to October 11, 2007 at 10:00 a.m. in Courtroom B.

Further, the Court VACATES the September 27, 2007 Case Management Conference.  The CMC

shall be rescheduled following resolution of Defendants' motion.

        **IT IS SO ORDERED.**


Dated: September 5, 2007                    _____
                                           MARIA-ELENA JAMES
                                           United States Magistrate Judge