IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH, | No. C 07-3304 MEJ |
| Plaintiff(s), | **ORDER REQUESTING CLARIFICATION RE THIRD CAUSE OF ACTION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

On August 31, 2007, Plaintiff filed an Opposition to Defendants' pending Motion to Dismiss. In her opposition, Plaintiff states that she does not oppose Defendants' motion as it relates to the Third through Ninth causes of action, given her failure to comply with procedural requirements related to those claims. As Plaintiff's third cause of action is brought under 42 U.S.C. § 1983, and Plaintiff's statement of non-opposition refers to her state law claims, the Court requests clarification regarding her non-opposition to dismissal of the third cause of action. Accordingly, Plaintiff shall file a statement of clarification by September 21, 2007. Plaintiff shall make no further legal argument in her statement; rather, Plaintiff shall simply state whether her statement of non-opposition is correct as to the third cause of action.

**IT IS SO ORDERED.**

Dated: September 17, 2007

MARIA-ELENA JAMES
United States Magistrate Judge