SANFORD M. CIPINKO, Esq., SBN 88102
JEREMY CLOYD, Esq., SBN 239991
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
VOICE:      (415) 693-9905
FACSIMILE: (415) 693-9904

Attorneys for Plaintiff
ADRIENNE MACBETH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>              Defendants. | Case No. C07-03304 MEJ<br><br>**CLARIFICATION OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   September 20, 2007<br>Time:   10:00 a.m.<br>Judge:  Mag. Maria-Elena James<br>Place:  Courtroom B, 15th Floor |

Pursuant to the Court's request for clarification, Plaintiff does not oppose dismissal of her third cause of action.

Dated: September 20, 2007          LAW OFFICES OF SANFORD M. CIPINKO


                                   By___/s/_____
                                      JEREMY CLOYD
                                      Attorneys for Plaintiff ADRIENNE MACBETH

CLARIFICATION OF NON-OPPOSITION – CASE NO. C07-03304 MEJ                           1