1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3901
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>Defendants. | Case No. C07-3304 MEJ<br><br>ADMINISTRATIVE MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER<br><br>Date Action Filed:   June 22, 2007<br>Trial Date:          December 8, 2008<br><br>Attached Documents: Stipulated Protective Order |

1  Pursuant to Civil Local Rule 7-11, counsel for defendants request the court enter the attached
2  stipulated protective order.  In order to allow that thee discovery of confidential information be made
3  pursuant to a protective order, the parties met and conferred and reached agreement on a proposed
4  protective order.  Attached to this administrative motion is parties' stipulated proposed protective
5  order.  Counsel for defendants hereby request that the Court enter the order.

6  Dated:  February 13, 2008

```
                                    DENNIS J. HERRERA
                                    City Attorney
                                    JOANNE HOEPER
                                    Chief Trial Deputy
                                    RONALD P. FLYNN
                                    Deputy City Attorney

                                       -/s/-    Ronald P. Flynn
                              By:_____
                                    RONALD P. FLYNN

                                    Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO,
                                    KEVIN WORRELL, and DAMIEN FAHEY
```