DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
WARREN METLITZKY, State Bar # 220758
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3901
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>Defendants. | Case No. C07-3304 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DATES<br><br>Date Action Filed:    June 22, 2007<br>Trial Date:              December 8, 2008 |

1  Plaintiff Adrienne MacBeth and Defendants City And County Of San Francisco, Kevin Worrell, and Damien Fahey (the "Parties") by and through their counsel hereby stipulate as follows:

The parties have a settlement conference in this matter set for June 13, 2008 and desire to extend the designation of experts until beyond that date.  Currently, the schedule for experts is as follows:

| | |
|---|---|
| Disclosure of Experts (Rule 26(a)(2)(B)) | May 12, 2008 |
| Disclosure of Rebuttal Experts (Rule 26(a)(2)(B) | May 22, 2008 |
| Close of Expert Discovery | June 6, 2008 |

(Case Management Order [Docket #23] at 6-7.

The parties stipulate to the following schedule regarding experts:

| | |
|---|---|
| Disclosure of Experts (Rule 26(a)(2)(B)) | July 1, 2008 |
| Disclosure of Rebuttal Experts (Rule 26(a)(2)(B) | July 15, 2008 |
| Close of Expert Discovery | August 1, 2008 |

For good cause, the Parties request that the Court order that the above schedule be experts be entered.

Dated:  May 12, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        RONALD P. FLYNN
        WARREN METLITZKY
        Deputy City Attorneys

         -/s/-   *Ronald P. Flynn*
    By:_____
        RONALD P. FLYNN

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO,
        KEVIN WORRELL, and DAMIEN FAHEY

Dated: May 12, 2008

        SANFORD M. CIPINKO
        JEREMY CLOYD
        LAW OFFICE OF SANFORD M. CIPINKO

        *
By: _____
        JEREMY CLOYD

        Attorneys for Plaintiff
        ADRIENNE MACBETH

* The ECF filer attests that concurrence in the filing of the document has been obtained from this signatory. Civ. L. R. Gen. Order 45, § X (B).

### [PROPOSED] ORDER

For Good Cause, the Court modifies the expert dates as listed above.

IT IS SO ORDERED

Dated: _____

By: _____
        MARIA ELENA JAMES
        United States Magistrate Judge