1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3901
   Facsimile:      (415) 554-3837
7
8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
   KEVIN WORRELL, and DAMIEN FAHEY
9
                 UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ADRIENNE MACBETH, | Case No. C07-3304 MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DATES |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | Date Action Filed:     June 22, 2007<br>Trial Date:              December 8, 2008 |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Adrienne MacBeth and Defendants City And County Of San Francisco, Kevin

2   Worrell, and Damien Fahey (the "Parties") by and through their counsel hereby stipulate as follows:

3    The parties have a settlement conference in this matter set for June 13, 2008 and desire to

4   extend the designation of experts until beyond that date.  Currently, the schedule for experts is as

5   follows:

6    Disclosure of Experts (Rule 26(a)(2)(B))          May 12, 2008

7    Disclosure of Rebuttal Experts (Rule 26(a)(2)(B)   May 22, 2008

8    Close of Expert Discovery                         June 6, 2008

9   (Case Management Order [Docket #23] at 6-7.

10    The parties stipulate to the following schedule regarding experts:

11    Disclosure of Experts (Rule 26(a)(2)(B))          July 1, 2008

12    Disclosure of Rebuttal Experts (Rule 26(a)(2)(B)   July 15, 2008

13    Close of Expert Discovery                         August 1, 2008

14    For good cause, the Parties request that the Court order that the above schedule be experts be

15   entered.

16   Dated:  May 12, 2008

17                          DENNIS J. HERRERA
18                          City Attorney
                            JOANNE HOEPER
19                          Chief Trial Deputy
                            RONALD P. FLYNN
20                          WARREN METLITZKY
21                          Deputy City Attorneys

22                               -/s/-    *Ronald P. Flynn*
                            By:_____
23                              RONALD P. FLYNN

24
                            Attorneys for Defendants
25                          CITY AND COUNTY OF SAN FRANCISCO,
26                          KEVIN WORRELL, and DAMIEN FAHEY

27

28

Dated:  May 12, 2008

SANFORD M. CIPINKO
JEREMY CLOYD
LAW OFFICE OF SANFORD M. CIPINKO

                    *
By:_____
JEREMY CLOYD

Attorneys for Plaintiff
ADRIENNE MACBETH

* The ECF filer attests that concurrence in the filing of the document has been obtained from this signatory.  Civ. L. R. Gen. Order 45, § X (B).

                    [PROPOSED] ORDER

     For Good Cause, the Court modifies the expert dates as listed above.

     IT IS SO ORDERED

Dated:  May 12, 2008
     _____

By:_____
MARIA ELENA JAMES
United States Magistrate Judge