1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3901
   Facsimile:    (415) 554-3837

7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE MACBETH, | Case No. C07-3304 MEJ |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY FROM JUNE 6, 2008 TO JUNE 25, 2008 |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | Date Action Filed:  June 22, 2007<br>Trial Date:  December 8, 2008 |
| Defendants. | |

Stip and [Proposed] Order to Extend Discovery                              n:\lit\li2007\080052\00485585.doc
MacBeth v. CCSF Case No. C07-3304 MEJ

1  Plaintiff Adrienne MacBeth and Defendants City And County Of San Francisco, Kevin
2 Worrell, and Damien Fahey (the "Parties") by and through their counsel hereby stipulate as follows:
3  The parties are in the process of completing discovery.  Some items left to be completed,
4 including an agreed-upon Independent Medical Examination of plaintiff, scheduled to take place on
5 June 23, 2008.  To allow that examination to go forward, and to all completion of any other
6 discovery, the have agreed to seek a brief extension of non-expert discovery in this matter.
7 Currently, the schedule for non-expert discovery is as follows:
8  Close of Discovery  June 6, 2008
9  Motions to Compel deadline  10 days later.
10 (Case Management Order [Docket #23] at 7-8.)
11  The parties stipulate to the following schedule regarding non-expert discovery:
12  Close of Discovery  June 25, 2008
13  Motions to Compel deadline  10 days later.
14  For good cause, the Parties request that the Court order that the above schedule be experts be
15 entered.
16 Dated:  May 22, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
RONALD P. FLYNN
WARREN METLITZKY
Deputy City Attorneys

   -/s/-   *Ronald P. Flynn*
By:_____
RONALD P. FLYNN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY

Dated:  May 22, 2008

          SANFORD M. CIPINKO
          JEREMY CLOYD
          LAW OFFICE OF SANFORD M. CIPINKO

          *

By: _____
      JEREMY CLOYD

Attorneys for Plaintiff
ADRIENNE MACBETH

* The ECF filer attests that concurrence in the filing of the document has been obtained from this signatory.  Civ. L. R. Gen. Order 45, § X (B).

## [PROPOSED] ORDER

For Good Cause, the Court modifies the non-expert discovery dates as listed above.

IT IS SO ORDERED

Dated: _____

By: _____
      MARIA ELENA JAMES
      United States Magistrate Judge