DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
WARREN METLITZKY, State Bar # 220758
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3901
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>    Defendants. | Case No. C07-3304 MEJ<br><br>**NOTICE OF ASSOCIATION OF ATTORNEY WARREN METLITZKY AND REQUEST TO BE NOTIFIED OF E-FILINGS**<br><br>Date Action Filed:   June 22, 2007<br>Trial Date:              December 8, 2008 |

Association of Counsel
MacBeth v. CCSF Case No.  C07-3304 MEJ

n:\lit\li2007\080052\00488022.doc

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY OF RECORD:

2  NOTICE IS HEREBY GIVEN that Deputy City Attorney WARREN METLITZKY has also

3 been assigned to represent Defendants CITY AND COUNTY OF SAN FRANCISCO, KEVIN

4 WORRELL, and DAMIEN FAHEY in the above-referenced action.  Deputy City Attorney

5 RONALD FLYNN continues to represent these parties.

6  Notification of all e-filings should be sent to warren.metlitzky@sfgov.org.

7 Dated:  May 30, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
RONALD P. FLYNN
WARREN METLITZKY
Deputy City Attorney

By: -/s/-   *Warren Metlitzky*
WARREN METLITZKY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY