1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3901
   Facsimile:    (415) 554-3837

7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE MACBETH, | Case No. C07-3304 MEJ (JL) |
|---|---|
| Plaintiff, | ADMINISTRATIVE MOTION TO POSTPONE SETTLEMENT CONFERENCE DATE BY ONE WEEK |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | Hearing Date:     June 13, 2000<br>Hearing Judge:    Larson<br>Time:             10:00 a.m.<br>Place:            Crtrm. F, 15th Fl<br><br>Date Action Filed: June 22, 2007<br>Trial Date:        December 8, 2008 |
| Defendants. | |

1   DEFENDANTS City and County of San Francisco, Officer Kevin Worrell, and Officer Damien Fahey hereby request that the Honorable Chief Magistrate Judge Larson postpone the date of the settlement conference in this matter by one week, from June 13, 2008 to June 20, 2008, or as soon thereafter as a conference can be scheduled.

This matter is set for a settlement conference on June 13, 2008 at 10:00 a.m. The depositions of the two individual officer defendants, the plaintiff, and plaintiff's friend who was at the scene have taken place. At the deposition of the officers today, counsel for Defendants and Plaintiff spoke. Lead trial counsel for Plaintiff, Sanford Cipinko, will be in trial on June 13, 2008. Defendant does not believe that the matter has a reasonable chance of settling absent Mr. Cipinko's presence (his associate would be available to be present). Further, one Defendant, Officer Worrell, will be out of town on June 13, 2008, but is making arrangements to return for the settlement conference.

Counsel for Plaintiff and Defendants agreed to ask that the settlement conference be postponed from June 13, 2008 to the next Friday, June 20, 2008, or to a date as soon thereafter that the Court can accommodate a conference.

Counsel for Defendants, Ronald P. Flynn, is on vacation the week of June 2-6. If the Court has questions during that period, Deputy City Attorney Warren Metlitzky, at 415-554-3916, can address them.

Dated: May 30, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
RONALD P. FLYNN
WARREN METLITZKY
Deputy City Attorney

By: -/s/-   Ronald P. Flynn
_____
RONALD P. FLYNN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY

**[PROPOSED] ORDER**

    Good Cause Appearing,

    The Court hereby vacates the Settlement Conference set for June 13, 2008 in this matter and set it for  6/25/08  at  2:00 p.m.

Dated: June 6, 2008

By: /s/ James Larson
Chief Magistrate Judge James Larson