| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | RONALD P. FLYNN, State Bar #184186<br>WARREN METLITZKY, State Bar # 220758 |
| 4 | Deputy City Attorneys<br>Fox Plaza |
| 5 | 1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408 |
| 6 | Telephone:     (415) 554-3916<br>Facsimile:      (415) 554-3837 |
| 7 | |
| 8 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO,<br>KEVIN WORRELL, and DAMIEN FAHEY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>            Defendants. | Case No. C07-3304 MEJ<br><br>**[PROPOSED] STIPULATED ORDER FOR PLAINTIFF'S MENTAL EXAMINATION**<br><br>Date Action Filed:     June 22, 2007<br>Trial Date:                  December 8, 2008 |

STIPULATION AND [PROPOSED] ORDER
MacBeth v. CCSF Case No. C07-3304 MEJ

n:\lit\li2007\080052\00489514.doc

1  **IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through their respective counsel, that because plaintiff, ADRIENNE MACBETH, has placed her mental condition in controversy, she will submit to a mental examination by a suitably licensed or certified examiner selected by defendants pursuant to Federal Rule of Civil Procedure 35.

The examination shall take place on June 23, 2008 starting at 8:30 a.m. at 5665 College Avenue, Suite 240E, Oakland, CA 94618. The examiner will be Dr. Joanna L. Berg, a clinical psychologist licensed by the State of California.

The examination will include a diagnostic interview and psychological test battery. The interview will cover the subject's developmental history, social history, medical history, and psychiatric history.

Dated: June 9, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        RONALD P. FLYNN
        WARREN METLITZKY
        Deputy City Attorneys

        By: /s/
        WARREN METLITZKY

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO,
        KEVIN WORRELL, and DAMIEN FAHEY

Dated: June 9, 2008    LAW OFFICES OF SANFORD M. CIPINKO

        By: /s/
        JEREMY CLOYD

        Attorney for Plaintiff
        ADRIENNE MACBETH

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:_____    _____
        HONORABLE MARIA-ELENA JAMES
        United States District Judge