1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3916
   Facsimile:     (415) 554-3837

7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   KEVIN WORRELL, and DAMIEN FAHEY

9
                UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| ADRIENNE MACBETH, | Case No. C07-3304 MEJ |
|---|---|
| Plaintiff, | [PROPOSED] STIPULATED ORDER FOR PLAINTIFF'S MENTAL EXAMINATION |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | Date Action Filed:   June 22, 2007<br>Trial Date:          December 8, 2008 |
| Defendants. | |

1  **IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through their
2  respective counsel, that because plaintiff, ADRIENNE MACBETH, has placed her mental condition
3  in controversy, she will submit to a mental examination by a suitably licensed or certified examiner
4  selected by defendants pursuant to Federal Rule of Civil Procedure 35.

5  The examination shall take place on June 23, 2008 starting at 8:30 a.m. at 5665 College
6  Avenue, Suite 240E, Oakland, CA 94618.  The examiner will be Dr. Joanna L. Berg, a clinical
7  psychologist licensed by the State of California.

8  The examination will include a diagnostic interview and psychological test battery.  The
9  interview will cover the subject's developmental history, social history, medical history, and
10  psychiatric history.

Dated:  June 9, 2008

                                        DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Deputy
                                        RONALD P. FLYNN
                                        WARREN METLITZKY
                                        Deputy City Attorneys

                                        By:_____/s/_____
                                        WARREN METLITZKY

                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO,
                                        KEVIN WORRELL, and DAMIEN FAHEY

Dated:  June 9, 2008            LAW OFFICES OF SANFORD M. CIPINKO

                                        By:_____/s/_____
                                        JEREMY CLOYD

                                        Attorney for Plaintiff
                                        ADRIENNE MACBETH

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 10, 2008

                                        HONORABLE MARIA-ELENA JAMES
                                        United States District Judge