# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** June 25, 2008

**Case No.:** C 07-3304 MEJ  (JL)

**Case Name:**   Adrienne Macbeth v. CCSF, et al.,

**Counsel Present:**      **Plaintiff**: Sanford Cipinko

　　　　　　　　　　　　**Defendant:** Ronald Flynn

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

　　　_____      Settle

　　　_____      Partial settlement

　　　__X__      Did not settle

　　　　　　　　Further settlement conference ordered:      _____

**Time:**    1.5  hrs

**Comments:**

　　　　　　　　　　　　　　　　　　_/s/ Venice E. Thomas_
　　　　　　　　　　　　　　　　　　Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Brenda Tolbert