1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  RONALD P. FLYNN, State Bar #184186
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3916
   Facsimile:     (415) 554-3837
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>　　　　　Defendants. | Case No. C07-3304 MEJ<br><br>**[PROPOSED] STIPULATED ORDER FOR PLAINTIFF'S MENTAL EXAMINATION**<br><br>Date Action Filed:　　June 22, 2007<br>Trial Date:　　　　　　December 8, 2008 |

The Court entered an order, pursuant to a stipulation, that plaintiff, ADRIENNE MACBETH, submit to a mental examination pursuant to Federal Rule of Civil Procedure 35. The order was that the exam take place on June 23, 2008. Plaintiff did not attend the examination. The examination has been rescheduled for September 4, 2008. **IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through their respective counsel, that plaintiff, ADRIENNE MACBETH, will submit to an examination pursuant to Federal Rule of Civil Procedure 35, which shall take place on September 4, 2008 starting at 10:00 a.m. at 5665 College Avenue, Suite 240E, Oakland, CA 94618. The examiner will be Dr. Joanna L. Berg, a clinical psychologist licensed by the State of California.

The examination will include a diagnostic interview and psychological test battery. The interview will cover the subject's developmental history, social history, medical history, and psychiatric history. Following the examination, Dr. Berg will issue an expert report in this matter.

Dated: July 1, 2008

      DENNIS J. HERRERA
      City Attorney
      RONALD P. FLYNN
      Deputy City Attorney

      By:  /s/
      RONALD P. FLYNN

      Attorneys for Defendants
      CITY AND COUNTY OF SAN FRANCISCO,
      KEVIN WORRELL, and DAMIEN FAHEY

Dated: July 1, 2008      LAW OFFICES OF SANFORD M. CIPINKO

      By:  /s/
      JEREMY CLOYD

      Attorney for Plaintiff
      ADRIENNE MACBETH

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:_____      _____
      HONORABLE MARIA-ELENA JAMES
      United States District Judge