IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH, | No. C 07-3304 MEJ |
| Plaintiff(s), | **ORDER REQUESTING STATUS UPDATE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

On June 25, 2008, the parties in the above-titled matter participated in a settlement conference, at which time the case did not settle. Under the November 8, 2007 Case Management Order (Doc. #23), the deadline to file dispositive motions was July 3, yet neither party filed a motion. Accordingly, the Court requests that the parties provide a joint status statement. In their statement, the parties shall inform the Court whether they seek an extension of the pretrial deadlines, including the filing of any dispositive motion(s), as well as a continuance of the trial date, currently scheduled to commence on December 8, 2008. The Court ORDERS the parties to file their statement by July 17, 2008.

**IT IS SO ORDERED.**

Dated: July 10, 2008

MARIA-ELENA JAMES
United States Magistrate Judge