```
SANFORD M. CIPINKO, Esq., SBN 88102
JEREMY CLOYD, Esq. SBN 239991
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
VOICE:      (415) 693-9905
FACSIMILE: (415) 693-9904
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities.<br><br>　　　　　Defendants. | Case No. C07-03304 MEJ<br><br>**JOINT STATUS STATEMENT PURSUANT TO JULY 10, 2008 ORDER REQUESTING STATUS UPDATE** |

///

///

///

///

1 | The parties to the above-entitled action submit this Joint Status Statement
2 | pursuant to the Court's July 10, 2008 Order requesting a status update from the parties.
3 | The parties do not seek an extension of any pretrial deadlines or a continuance
4 | of the trial date. The parties completed discovery with the exception of a psychiatric
5 | evaluation, which Plaintiff missed due to attorney error, and which Plaintiff will attend on
6 | September 9, 2008. Plaintiff has waived her psychiatric damage claim and false arrest
7 | claim. The parties do not intend to file dispositive motions. The parties intend to
8 | proceed to trial on December 8, 2008 on the claim of excessive force and resulting
9 | damages. Defendants intend to move the Court to bifurcate the trial of Plaintiff's Monell
10 | claim.

DATED: July 17, 2008        LAW OFFICES OF SANFORD M. CIPINKO

By: /s/ Jeremy Cloyd
JEREMY CLOYD
Attorneys for Plaintiff ADRIENNE MACBETH

DATED: July 17, 2008

/S/
By: _____
RONALD P. FLYNN
WARREN METLITZKY
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, KEVIN WORRELL, and DAMIEN FAHEY