IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH,<br><br>  Plaintiff(s),<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendant(s). | No. C 07-3304 MEJ<br><br>**ORDER RE: JOINT STATUS STATEMENT** |

The Court is in receipt of the parties' Joint Status Statement, filed July 17, 2008. As the parties do not seek any continuances, all dates in the Court's November 8, 2007 Case Management Order remain in effect.

**IT IS SO ORDERED.**

Dated: July 22, 2008

MARIA-ELENA JAMES
United States Magistrate Judge