1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | RONALD P. FLYNN, State Bar #184186
WARREN METLITZKY, State Bar # 220758
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:    (415) 554-3916
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE MACBETH, | Case No. C07-3304 MEJ (JL) |
|---|---|
| Plaintiff, | **NOTICE OF PENDING SETTLEMENT** |
| vs. | Date Action Filed:  June 22, 2007<br>Trial Date:  December 8, 2008 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KEVIN WORRELL, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DAMIEN FAHEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, individually and in their official capacities. | ORDER VACATING PRETIRAL CONFERENCE |
| Defendants. | |

NOTICE OF PENDING SETTLEMENT
MacBeth v. CCSF Case No.  C07-3304 MEJ (JL)

n:\lit\li2007\080052\00517059.doc

1       TO THE CLERK OF THE ABOVE-ENTITLED COURT: NOTICE IS HEREBY GIVEN that the parties are currently finalizing a settlement of this action. The parties expect to file a Notice of Dismissal within thirty days of this Notice.

Dated: October 23, 2008       LAW OFFICES OF SANFORD M. CIPINKO

By: /s/
    JEREMY CLOYD

Attorney for Plaintiff
ADRIENNE MACBETH

Dated: October 23, 2008

DENNIS J. HERRERA
City Attorney
RONALD P. FLYNN
Deputy City Attorney

By: /s/
    RONALD P. FLYNN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN WORRELL, and DAMIEN FAHEY

The Court hereby VACATES the November 6, 2008 Pretrial Conference scheduled in this matter. If the parties have not filed a notice of dismissal within the stated time period, the Court shall immediately place this matter back on calendar.

Dated: October 30, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Maria-Elena James

NOTICE OF PENDING SETTLEMENT
MacBeth v. CCSF Case No. C07-3304 MEJ (JL)     1     n:\lit\li2007\080052\00517059.doc