IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MACBETH, | No. C 07-3304 MEJ |
| Plaintiff(s), | **CONDITIONAL DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

On October 24, 2008, the parties in the above-captioned matter advised the Court that they have agreed to a settlement. Accordingly, IT IS HEREBY ORDERED that this case be dismissed with prejudice. However, if any party shall certify to the Court, within ninety days and proof of service on opposing counsel, that the agreed consideration for said settlement has not been delivered, this Order shall stand vacated and the case shall be restored to the calendar for trial.

**IT IS SO ORDERED.**

Dated: October 28, 2008

MARIA-ELENA JAMES
United States Magistrate Judge